IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KITISARK SOTIPALALIT, et al.          :

    v.          :   Civil Action No. DKC 12-0481

JPMorgan Chase Bank, N.A.,
et al.          :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of June, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendant JPMorgan Chase Bank, N.A. (ECF No. 11), BE, and the same hereby IS, GRANTED;

2. The complaint filed by Plaintiffs Kitisark and Witata Sotipalalit (ECF No. 2) BE, and the same hereby IS, DISMISSED; and

3. The clerk is directed to transmit copies of the foregoing Memorandum Opinion and this Order to counsel for Defendants and directly to Plaintiffs and CLOSE this case.

_____/s/_____
DEBORAH K. CHASANOW
United States District Judge